```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

2017 JUN 26 PM 3:56

Civil Action No. **'17-CV-01562**
(To be supplied by the court)

BY_____ DEP. CLK

Plaintiff, Richard Clymo

v.

Defendant. Denver Public Schools

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff  Richard Clymo  is a citizen of  The United States of America
   who presently resides at the following address:
   7142 Moss Street, Arvada Colorado, 80007

2. Defendant  Denver Public Schools  lives at or is located at the following address:
   1860 Lincoln Street. Denver, CO 80203

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. '2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

   P.U.S.H Academy 4501 Airport Way Denver, CO, 80239

(Rev. 07/06)

## PARTIES

1. Plaintiff __Richard Clymo__ is a citizen of __The United States__
   who presently resides at the following address:
   __7142 Moss St. Arvada, CO 80007__

2. Defendant __Denver Public Schools__ is a citizen of __The United States__
   who live(s) at or is/are located at the following address:
   __1860 Lincoln St. Denver, CO 80203__

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   __The United States District Court__
   __Denver, Colorado__

5. Briefly state the background of your case:

Everything stated here can be verified via EEOC complaints, affidavits rebuttals from DPS records and e-mails:

During my first year as Mathematics teacher at PUSH Academy (a Denver Public Schools High School)in the fall of 2014, it became blatantly apparent in a short period of time that the then principal, Angela Robertson, was engaged in a variety of unethical and illegal activities.

For instance, my colleague, Nicole Norwitz-Beaton, who taught math as well, was approached by Angela Robertson in September 2014 to apply for a halftime (.5)Special Education Teacher position within the building. When she stated to Angela that she already had a full time position and that this position was an additional .5, Angela's response was that "We all wear several hats around here" and directed Nicole to apply for the position -saying they will "work it out". She did with the best of intentions and tried to make it work for the good of the students and the school. When she tried to find out why the school had no nurse, (which the school had been allocated for but did not have), a position *required* in order to meet federally mandated statutes for special education students, Angela responded by calling her into her office and berated her for making her "look bad".

++ See Attached

(Brief Background - Continued from form - pg 2)

This was the beginning of what would come to be a pattern in how Angela Robertson conducted herself as principal. Her modus operandi was to blatantly intimidate subordinates into ignoring or tolerating illegal/fraudulent practices that she was committing for both her own personal gain and that of the district's. Done with a brazenness that is consistent with someone that no fear of consequence. In her mind, she was beyond reproach. Consider for a moment that she had the nerve to chastise Nicole for trying to do an impossible job (in fact 1 and a half jobs) while all the while she was committing fraud by "cooking the books" in designating Nicole as a half time math teacher /half time special education teacher. In reality she had a full time math position and took on the responsibilities of a half time special education teacher –all with no extra pay! There are numerous instances where under her leadership that fraud in credit "earned" by students, attendance records and the like were common place. Before Nicole, PUSH was never in compliance of federal statutes that require a special education teacher (in some capacity) at the school. [*Section 300.101(c) h that a free appropriate public education (FAPE) must be available to any individual child with a disability who needs special education and related services, even though the child has not failed or been retained in a course, and is advancing from grade to grade. *From Colorado Dept. of Ed.]

Nicole took FMLA leave in October and never returned. It was in the aftermath of her departure that cheating to get credit became rampant.

Her students were "assigned" semester 1 credit (primarily Geometry)that they did not earn. Then were enrolled in semester 2 of Geometry using an on-line curriculum known as APEX. No new math teacher was ever hired. Instead, Briana Franklin, who was not qualified to teach math, oversaw the students' work on the APEX program. I personally inspected several students' work and verified that tests were incorrectly scored so that students appeared to have passed. In early April of 2015, I was approached by Angela to be teacher of record for Nicole's former students as I was the only teacher at the school who was qualified to be teacher of record for mathematics classes.

(Brief Background - pg 3)

      Angela called a meeting in which 8 or 9 people were in attendance most of which had no business being in the meeting (office personnel and the like). But this was part of her M.O. – to slant / disguise a given situation in an effort to give it the illusion of credibility or legitimacy. Angela went over the fact that some 50 + students (Nicole's former students) needed to have me as their teacher of record and asked if I would be willing to sign off on them. It should be noted at this time that these students were assigned to me on more than **23 sections** on *Infinite Campus (the database used by DPS to store students' attendance and grade records). The reason she called this meeting is not that she was trying to do the right thing. It was because I had informed Adam Federspill, school counselor (See e-mail exhibit 1) of the numerous sections listed on *IC that consisted of students I did not teach. I was ready to insist that these students be removed and Angela knew it.

      I indicated that if I were to be teacher of record it would require that I review students' work to determine if credit assignment requirements were legitimately met. About 3 days later -she informed me they would find "someone else". Eventually, she did. Amanda Wilhite – who was hired for the next school year to teach math at the school, signed off as teacher of record for over 50 students. She never taught nor spent any time with these students. It wasn't until May 18th, 2015 (about a week before these students were to graduate)that this occurred (see e-mail, Exhibit 2, to Ed Salem Data Analyst Partner regarding a request that students on my rosters on IC that I never taught be removed).

      The following school year (2015/2016) I was relegated to a "classroom" situated across from the main office. Adam Federspill (Counselor) told me that in the previous school year he was instructed to assign no more than 12 students to this room due to its extremely small size (approximately 15' by 25'). I had as many as twice that number (24) in that room. I verified that such numbers violated fire code for a public school classroom. Additionally I complained to Angela that this room was not conducive to a supportive learning environment and asked for another room. She said there were no other rooms available. Meanwhile, her

(Brief Background  - pg 4)

husband, Charles Robertson (NOT a DPS employee), had free reign over several rooms( as well as master keys) in the building as DPS saw fit that he have free rent for his "business" YAPAas well as God knows what else. ***This was the beginning of the retaliation for me not willing to commit fraud (being teacher of record) the previous year. Both the students and I were stressed out that entire year trying to conduct the business of learning in that ridiculously small room.***

Travis Glatthar, a peer observer, noted in a written formal observation that students require adequate space to learn through meaningful interactions with their peers and teacher - in a room "1/3 the size of a regular classroom" this was impossible. Even after Angela "resigned" in March - I still was not afforded a room change after multiple requests. This was clearly a hostile work environment for both me and my students. And, as the EEOC complaints/affidavits indicate, an additional component at work here are the racist remarks made by Angela Robertson and her agents regarding white people, KKK references and the like.

There are additional occurrences of retaliation at the behest of one Deborah Staten, Instructional Superintendent DPS (and Angela's sorority sister) that I will chronicle in the Claim of Relief section and EEOC complaint documentation.

# Clymo, Richard

| | |
|---|---|
| **From:** | Salem, Ed |
| **Sent:** | Tuesday, May 19, 2015 7:20 AM |
| **To:** | Clymo, Richard |
| **Cc:** | Powell, Karen; Robertson, Angela |
| **Subject:** | Re: Teacher of Record |

Good morning,
 I was aware of this issue and I had you removed from teacher of record from those classes. I will check IC again to make sure just in case.

Thank you,


Ed Salem
Data Analyst Partner
Pathway Network
Denver Public Schools


On May 18, 2015, at 6:36 PM, Clymo, Richard <Richard_Clymo@dpsk12.org> wrote:

> Good evening Ed —nice meeting you last week...
>
> I need to request that you remove my name as teacher of record for all (APEX) math courses:
> Quarter 4 ( 22 sections) and Quarter 3  (2 sections).
>
> **The one  exception is Quarter 3  -Course* # 04240-3999 Algebra Advanced Semester 1 ; specifically Scott Blaylock (student # 639272). I worked with this student and verified the completion of course work directly.**
> The other student in this section, Rolando Moore (student # 595692) I did not work with and cannot verify completion based on the work collected from this student. The other course on Quarter 3 -04331-3999 Geometry S2 - needs to be removed.
>
> I did meet with Ms. Robertson on this matter April 9 —we were not able to come to an agreement on my being the TOR for these courses.  I was later told that other arrangements were made for a TOR for the Quarter 4 math courses.
>
> The courses that I taught for Quarter 4 are:
> 04321-322 AlgbrcPrncplsMrktng S2
> 04241-334 Algebra Advanced 2 S2
> 04321-376 AlgbrcPrncplsMrktng S2
> 07523-4603 Intervention Academic
> 07676-441 Advisement
> 04241-365 Algebra Advanced 2 S2
>
> All others need to be removed.

# Clymo, Richard

**From:** Federspill, Adam
**Sent:** Wednesday, April 08, 2015 9:41 AM
**To:** Salem, Ed
**Cc:** Clymo, Richard
**Subject:** Math Classes

Good Morning Ed,

Richard Clymo asked me why he was listed as the teacher of record for 04240-3999 Algebra Advanced 2 S1 and 04331-3999 Geometry S2. He states he did not teach these classes and feels uncomfortable with grades being issued under his name for these Quarter 3 classes.

I've included him on this e-mail so that the two of you can dialogue directly regarding this.

Sincerely,

Adam Federspill

1

2/18/16  7:45am

Deborah Staten, Instructional Superintendent in Denver Public Schools, lead a meeting that all staff were required to attend.  Deborah Staten began to speak and before she said anything of subsistence or value, she called on Rich Clymo in a vehement manner, "I see you are making a face"?  Deborah Staten continued in the angry and condescending demeanor, "Would you like to explain what that face is about"?  I remember Rich being rightfully caught off guard to Deborah Staten's hostile attack and then responding that the investigation had taken a lot of time with no communication to staff, students, parents or guardians.

Deborah Staten then went on to verbally berate Rich off and on throughout the 5 minute meeting.  Deborah Staten was stating nonsensical things such as that "I am 100" and that principals were routinely placed out on leave for a month with no communication to stakeholders in an attempt to bolster her arguments against Rich.

While Deborah Staten was verbally berating Rich, she allowed other African American staff in the room to behave in a disrespectful and hostile manner towards Rich.  She allowed Sheila Mauldin to loudly make teeth sucking and spitting noises when Rich spoke and Jo Keel to verbally admonish him in an angry tone, "You don't speak for me. Keep your comments to yourself."

At the end of the meeting, in front of all staff she called for Rich to see her after the meeting in her continued vehement and condescending tone while publicly ridiculing him at this point.

I feel this was retaliatory in nature due to Rich having made complaints about the African American Principal of the school, Angela Robertson as well as discriminatory in nature.  Deborah Staten is African American.


Adam Federspill

6. Jurisdiction also is asserted pursuant to the following statutory authority:

   Title VII of the Civil Rights Act of 1964

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on 04/20/2016_____(date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on 03/30/2017_____(date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

   __X__ Race          ____ Color          ____ Religion

   ____ Sex           ____ National Origin

   ____ Other (please) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ____ Failure to hire

    ____ Failure to promote

    ____ Demotion/discharge from employment

    __X__ Other (please specify) Harassment, Retaliation, Hostile Work Environment

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1.

***Please See Attached***

# FIRST CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. See also EEOC complaint ammeded 4/20/2016)

Denver Public Schools has routinely discriminated against myself and other staff members in the areas of disability, race, age, and retaliation. The lack of meaningful attention placed on the matter by Denver Public School caused a hostile work environment for staff and resulted in the loss of a quality education for countless urban students over the course of 6 or more years. My personal pain and suffering caused by Denver Public Schools pales in comparison to the educational oppression and legitamacy of students in Denver's far North East region. These students have suffered irreparable impact on their lives by being denied a decent education to which they are entitled.

The

"discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment." *Harris v. Forklift Sys.*, 510 U.S. 17, 21, 114 S.Ct. 367(1993)

"The objective hostility of a work environment depends on the totality of the circumstances, viewed from the perspective of a reasonable person in the plaintiff's position, considering all the circumstances <u>including the social context</u> in which particular behavior occurs, and is experienced by its target. *Petrosino v. Bell Atlantic,* 385 F. 3d 210, 221(2nd Cir. 2004), (quoting *Oncale v.Sundowner Offshore Svcs.* , 523 U.S. 75, 81,(1998).

1. Most of the facts that are pertinent to this case are contained in affidavits and EEOC complaints submitted by Cathy Cooper, DCTA lawyer. Additionally in the Brief Summary as well.

2. When I interviewed for the math position at PUSH ,in May of 2014, Angela Robertson asked me if I would have a problem taking orders from 2 black women. (Dr. Karen Powell Assistant Principal was present)I thought it a strange question –in hindsight this would prove prophetic in terms of her perspective in her role as principal.

3. See brief summary for details chronicling subsequent actions by Angela Robertson that led to me being the only Math teacher on staff 2014/2015 school year for over 200 students.

4. Race was a constant issue at the school as brought upon by the administrative team through personal interaction and statements, staff trainings, and course offerings to students.  On more than 1 occasion I was inappropriately confronted about my ability to teach or relate to students due to the color of my skin.

5. After being approached to be teacher of record for 50 plus students whom I did not teach in April of 2015 and refusing to do so without proper oversight, I was retaliated against the following year. During the 2015/2016 school year I was assigned to a room designated to hold no more than 12 students due to its extremely small size --I had up to 24 students in this room. Angela refused to acknowledge that this room was too small to teach and learn effectively. Day in and day out the students and I were subjected to the confines of a room that violated fire code. This was to be part of the ongoing retaliation that I would experience throughout that school year.

6. Moving into the 2016-2017 school year, the design and focus of the school needed to change per our district administration. Many teachers volunteered out time to create a new school outline to address the issues of race, accountability, equity, staff culture, and student success.  Despite the best intentions of the team, the 2016-2017 school year began with a heavy emphasis on the internal racial biases of our staff as justification for statistical shortcomings in our School Performance Framework. On multiple

occasions the inferred racial shortcomings of the white staff members were addressed. In addition to the perplexing racial environment, clear retaliatory measures were taken by Denver Public Schools to reduce the number of students who attended P.U.S.H. Academy. By doing so, on two separate occasions within three working school months our staff had been cut. These cuts were directed at individuals such as Adam Federspill and Don Gilmore who spoke against the corrupt school and district administration. While behind the scenes DPS officials were guiding the school cuts, on the surface DPS was offering superficial mediation sessions held by DPS employee Bill De La Cruz. In these sessions De La Cruz also admitted to being upset by the workings of DPS officials but nevertheless attempted to mediate an increasingly hostile situation albeit without success.

7. For me personally it has been intolerable working at PUSH under these circumstances. Seeing students being cheated out of a legitimate education to which they are entitled while being made to suffer for trying to do the right thing is inexcusable and reprehensible. The reckless disregard by DPS for the welfare of its teachers as well as that of the students at Push speaks for itself. I had hoped things would change after the departure of Angela Robertson –sadly they did not.

## FIRST CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

## (Please number your paragraphs and attach any necessary additional pages.

## See also EEOC complaint ammeded 4/20/2016)

Denver Public Schools has routinely discriminated against myself and other staff members in the areas of disability, race, age, and retaliation. The lack of meaningful attention placed on the matter by Denver Public School caused a hostile work environment for staff and resulted in the loss of a quality education for countless urban students over the course of 6 or more years. My personal pain and suffering caused by Denver Public Schools pales in comparison to the educational oppression and legitamacy of students in Denver's far North East region. These students have suffered irreparable impact on their lives by being denied a decent education to which they are entitled.

The

"discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive to alter the conditions of the victim's employment and create an abusive working environment." *Harris v. Forklift Sys.*, 510 U.S. 17, 21, 114 S.Ct. 367(1993)


"The objective hostility of a work environment depends on the totality of the circumstances, viewed from the perspective of a reasonable person in the plaintiff's position, considering all the circumstances including the social context in which particular behavior occurs, and is experienced by its target. *Petrosino v. Bell Atlantic,* 385 F. 3d 210, 221(2nd Cir. 2004), (quoting *Oncale v.Sundowner Offshore Svcs.* , 523 U.S. 75, 81,(1998).

1. Most of the facts that are pertinent to this case are contained in affidavits and EEOC complaints submitted by Cathy Cooper, DCTA lawyer. Additionally in the Brief Summary as well.

2. When I interviewed for the math position at PUSH ,in May of 2014, Angela Robertson asked me if I would have a problem taking orders from 2 black women. (Dr. Karen Powell Assistant Principal was present)I thought it a strange question –in hindsight this would prove prophetic in terms of her perspective in her role as principal.

3. See brief summary for details chronicling subsequent actions by Angela Robertson that led to me being the only Math teacher on staff 2014/2015 school year for over 200 students.

4. Race was a constant issue at the school as brought upon by the administrative team through personal interaction and statements, staff trainings, and course offerings to students. On more than 1 occasion I was inappropriately confronted about my ability to teach or relate to students due to the color of my skin.

5. After being approached to be teacher of record for 50 plus students whom I did not teach in April of 2015 and refusing to do so without proper oversight, I was retaliated against the following year. During the 2015/2016 school year I was assigned to a room designated to hold no more than 12 students due to its extremely small size –I had up to 24 students in this room. Angela refused to acknowledge that this room was too small to teach and learn effectively. Day in and day out the students and I were subjected to the confines of a room that violated fire code. This was to be part of the ongoing retaliation that I would experience throughout that school year.

6. Moving into the 2016-2017 school year, the design and focus of the school needed to change per our district administration. Many teachers volunteered out time to create a new school outline to address the issues of race, accountability, equity, staff culture, and student success. Despite the best intentions of the team, the 2016-2017 school year began with a heavy emphasis on the internal racial biases of our staff as justification for statistical shortcomings in our School Performance Framework. On multiple

occasions the inferred racial shortcomings of the white staff members were addressed. In addition to the perplexing racial environment, clear retaliatory measures were taken by Denver Public Schools to reduce the number of students who attended P.U.S.H. Academy. By doing so, on two separate occasions within three working school months our staff had been cut. These cuts were directed at individuals such as Adam Federspill and Don Gilmore who spoke against the corrupt school and district administration. While behind the scenes DPS officials were guiding the school cuts, on the surface DPS was offering superficial mediation sessions held by DPS employee Bill De La Cruz. In these sessions De La Cruz also admitted to being upset by the workings of DPS officials but nevertheless attempted to mediate an increasingly hostile situation albeit without success.

7. For me personally it has been intolerable working at PUSH under these circumstances. Seeing students being cheated out of a legitimate education to which they are entitled while being made to suffer for trying to do the right thing is inexcusable and reprehensible. The reckless disregard by DPS for the welfare of its teachers as well as that of the students at Push speaks for itself. I had hoped things would change after the departure of Angela Robertson –sadly they did not.

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

I would like to invoke my right to a Jury Trial. I am asking for five hundred thousand dollars for pain and suffering as well as 1.5 million in punitive damages for a total of 2 million. The money from the punitive damages would be used to help students adversely affected by the actions and inaction of DPS and its agents.

Date: __6/26/17_____

_____
(Plaintiff's Original Signature)

__7142 Moss St_____
(Street Address)

__Arvada CO 80007_____
(City, State, ZIP)

__720-325-6336_____
(Telephone Number)